CARR, Judge.

Upon the examination of the record in this case, we find the questions presented to be in every respect analogous to the case of Marsh v. State, Ala.App., 21 So.2d 558.[1] Upon authority of said case the judgment of conviction in the instant case will stand affirmed.

Affirmed.

21 So.2d 565

### MARSH v. STATE.
#### I Div. 480.

Court of Appeals of Alabama.

Jan. 16, 1945.

Rehearing Denied Feb. 13, 1945.

D. R. Coley, Jr., of Mobile, Grover C. Powell, of Atlanta, Ga., Hayden C. Covington, of Brooklyn, N. Y. and Roy A. Swayze, of Arlington, Va., for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris and W. W. Callahan, Asst. Attys. Gen., for the State.

CARR, Judge.

Upon the examination of the record in this case, we find the questions presented to be in every respect analogous to the case of Marsh v. State, Ala.App., 21 So.2d 558.[1] Upon authority of said case the judgment of conviction in the instant case will stand affirmed.

24 So.2d 768

### Alberta ROUSE v. STATE.
#### I Div. 483.

Court of Appeals of Alabama.

April 3, 1945.

Rehearing Granted Feb. 19, 1946.

D. R. Coley, Jr., of Mobile, Grover C. Powell, of Atlanta, Ga., Hayden C. Covington, of Brooklyn, N. Y., and Roy A. Swayze, of Arlington, Va., for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris and W. W. Callahan, Asst. Attys. Gen., for the State.

BRICKEN, Presiding Judge.

The points of decision involved upon this appeal are identical with those in the case of Marsh v. State, ante, p. 24, 21 So. 2d 558, certiorari denied, 246 Ala. 539, 21 So.2d 564.

It therefore appears that it would serve no good purpose for this court to discuss these questions again.

Upon authority of the Marsh case, supra, the judgment of conviction from which this appeal was taken is affirmed.

Affirmed.

PER CURIAM.

Reversed and rendered on authority of Grace Marsh v. State of Alabama, 66 S.Ct. 276.

24 So.2d 768

### Aline R. STEPHENS v. STATE.
#### I Div. 482.

Court of Appeals of Alabama.

April 3, 1945.

Rehearing Granted Feb. 19, 1946.

D. R. Coley, Jr., of Mobile, Grover C. Powell, of Atlanta, Ga., Hayden C. Covington, of Brooklyn, N. Y., and Roy A. Swayze, of Arlington, Va. for appellant.

---

[1] Ante, p. 24.

[1] Ante, p. 24.